Compas Medical, P.C., as Assignee of BIANCA LOUBEAU, Appellant, 
against
ELRAC, Inc., Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Sally E. Unger, J.), entered March 5, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied. 
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations (IMEs). Plaintiff appeals from an order of the Civil Court which granted defendant's motion.
While defendant submitted an affirmation from the doctor who was scheduled to perform the IMEs, plaintiff correctly argues on appeal that the doctor did not establish that he possessed personal knowledge of the nonappearance of plaintiff's assignor. Therefore, defendant failed to establish its entitlement, as a matter of law, to judgment dismissing the complaint on the ground proffered in its moving papers (see Bright Med. Supply Co. v IDS Prop. & Cas. Ins. Co., 40 Misc 3d 130[A], 2013 NY Slip Op 51123[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2013]; Alrof, Inc. v Safeco Natl. Ins. Co., 39 Misc 3d 130[A], 2013 NY Slip Op 50458[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2013]).
Accordingly, the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied. 
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 05, 2016